IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RACHEL LEIGH McHAFFIE, *

    Plaintiff, *

vs. *

                               CASE NO. 3:10-CV-103 (CDL)

McCALLA RAYMER, LLC, *
and MELODY R. JONES,
                            *

    Defendants.
                                *

O R D E R

Plaintiff failed to properly serve Defendants McCalla Raymer, LLC ("McCalla Raymer") and Melody R. Jones ("Jones") (collectively "McCalla Raymer Defendants") while this action was pending in the Superior Court of Walton County or within 120 days after removal of the action to this Court. *See* Order, June 2, 2011, ECF No. 22. The Court ordered Plaintiff to show cause by June 16, 2011 for her failure to properly serve the McCalla Raymer Defendants. *See id.* Plaintiff failed to respond to the Court's Order. Accordingly, Plaintiff's Complaint against McCalla Raymer and Jones is dismissed without prejudice.

IT IS SO ORDERED, this 23rd day of June, 2011.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE